PATRICIA WARMHOLD, Appellant, v MICHAEL ZAGARINO et al., Respondents.

Submitted December 7, 2015; decided January 12, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 999 (2015)].